NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GLADYS S. VANDESANDE,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5012

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-258, Judge Edward J. Damich.

---

## ON MOTION

---

## O R D E R

Gladys S. Vandesande moves out of time for a 14-day extension of time, until February 18, 2011, to file her initial brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

FEB 1 4 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Roderick V. Hannah, Esq.
Dawn E. Goodman, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 4 2011

JAN HORBALY
CLERK